

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-9-2014

# USA v. Ronald Ottaviano

Precedential or Non-Precedential: Precedential

Docket 11-4553

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"USA v. Ronald Ottaviano" (2014). *2014 Decisions*. Paper 32.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/32

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-4553
No. 13-1119
_____

UNITED STATES OF AMERICA

v.

RONALD OTTAVIANO,

Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 10-cr-00485)
District Judge:  Honorable William J. Martini
_____

Argued September 24, 2013
Before:  AMBRO, FISHER and HARDIMAN, *Circuit Judges*
_____

ORDER AMENDING OPINION
_____

The opinion entered December 24, 2013 is hereby amended to correct the name of
the law firm for counsel for Appellant as follows:

Mark A. Berman, Esquire
Hartmann, Doherty, Rosa, Berman & Bulbulia
65 Route 4 East
River Edge, NJ 07661


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: January 9, 2014